NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                   :
MICHEL HERVE JOHNNY,               :   Civil Action No. 17-364 (JMV)
                                   :
            Petitioner,            :
                                   :
       v.                          :   **OPINION**
                                   :
CHARLES GREEN,                     :
                                   :
            Respondent.            :
_____:

APPEARANCES:

MICHEL HERVE JOHNNY
Essex County Correctional Facility
354 Doremus Ave.
Newark, NJ 07105
       Petitioner, *pro se*

DAVID V. SIMUNOVICH
Office of the U.S. Attorney
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102
       On behalf of Respondent

**VAZQUEZ**, United States District Judge

      Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on January 1, 2017. (ECF No. 1.) He alleges a violation of his right to due process based on prolonged detention in the custody of Immigration and Customs Enforcement. ("ICE"). (*Id.*) Petitioner is confined in Essex County Correctional Facility, and he has been in custody since May 23, 2016. (*Id.*, at 2.)

      Respondent submitted a letter response to the petition on March 1, 2017. (ECF No. 4.)

Respondent does not object to a remand ordering an Immigration Judge to provide Petitioner with a bond hearing, in accordance with 8 C.F.R. § 1003.19(c). The Court will, therefore, grant the habeas petition and order Respondent to provide Petitioner with a bond hearing. *See Chavez-Alvarez v. Warden York County Prison*, 783 F.3d 469, 478 (3d Cir. 2015) (due process requires that detention without bail pursuant to 8 U.S.C. § 1226(c) be limited to a reasonable period of time to further the goals of the detention statute.)

An appropriate Order follows.

Date: April 25, 2017
At Newark, New Jersey

                                              s/ John Michael Vazquez
                                              JOHN MICHAEL VAZQUEZ
                                              United States District Judge